# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELSON PIZARRO, : | |
|    Petitioner, : | |
| : | No. 1:19-cv-343 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN DOUGLAS K. WHITE, : | |
|    Respondent. : | |

## ORDER

**AND NOW**, this 30th day of April 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Pizarro's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as premature and for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** this matter.

                               s/Sylvia H. Rambo
                                 SYLVIA H. RAMBO
                                 United States District Judge